UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Claim No: 1999A21268 |
| vs. | § § | |
| JOSEPHINE FREEMAN | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident Macomb County, Michigan within the jurisdiction of this Court and may be served with service of process at 46918 Glen Pointe Drive, Shelby Township, MI 48315.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $5,281.79 |
| B. Current Capitalized Interest Balance and Accrued Interest | $4,465.85 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| E. Attorneys fees | $0.00 |
| Total Owed | $9,747.64 |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.250% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By:  s/Pamela S. Ritter  
PAMELA S. RITTER (P47886)  
Attorneys for Plaintiff  
28366 Franklin Road  
Southfield, MI  48034  
Tel. (248) 352-4340  
Fax. (248) 352-3258

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Josephine NMN Freeman
35220 Wiedeman
Clinton TWP, MI. 48035

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/07/99.

On or about 09/18/95, 09/18/95, 03/29/96, 03/29/96, 09/28/96 and 10/05/96, the borrower executed promissory note(s) to secure loan(s) of $1,011.00, $2,491.00, $407.00, $593.00, $4,800.00 and $3,654.00 from U. S. Department of Education. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 CFR. Part 685). The Department demanded payment according to the terms of the note(s), and the borrower defaulted on the obligation on 06/23/97. The Department has credited $0.00 from all sources, including Treasury Department offsets, if any to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $5,281.79 |
| Interest: | $798.41 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 04/07/99: | $6,080.20 |

Interest accrues on the principal shown here at the rate of $1.19 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____    Name: _____
                                Title _____
                                Branch _____



**William D. Ford Federal Direct Loan Program**
U.S. Department of Education

OMB No. 1840
Form Approved
Exp. Date 06/3

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**Federal Direct Stafford/Ford**
**Federal Direct Unsubsidized Stafford/Ford**
**Promissory Note and Discl**

### Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)
   FREEMAN, JOSEPHINE
   35220 WEIDEMAN
   CLINTON TWP, MI 48035-0000

   IMAGE-RECORDS
   SEP 2 8 1995
   98

2. Social Security Number
3. Date of Birth
4. Area Code/Telephone Number (810) 790-0619
5. Driver's License Number (List state abbreviation first.)

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | DEBRA RISLEY | LINDA CHORDASH |
| Permanent Address | 37633 MAST COURT | 25604 Ronald |
| City, State, Zip Code | MT CLEMENS, MI 48045 | Roseville MI 48066 |
| Area Code/Telephone Number | (810) 465-4039 | (810) 776-2852 |

### Section B: To Be Completed By The School

7. School Name: BAKER COLLEGE OF MOUNT CLEMENS
8. Loan Period Approved  From: 09/25/95  To: 06/07/96
9. School Address (street, city, state, zip code): 34950 LITTLE MACK, CLINTON TOWNSHIP, MI 48035
10. School Cod E004

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | 1st | 09/15/95 | $ 337 | 4.00 | $ 13 | $ 324 | VARIAB |
| | 2nd | 12/29/95 | $ 337 | 4.00 | $ 13 | $ 324 | |
| | 3rd | 03/22/96 | $ 337 | 4.00 | $ 13 | $ 324 | |
| | 4th | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | Total | | $ 1011 | | $ 39 | $ 972 | |
| Direct Unsubsidized Loan | | | | | | | |
| | Total | | | | | | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand

and agree to the terms and conditions of this Promissory Note. My signature on this Promissor serve as my authorization for my loan proceeds to be credited to my student accou school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this F Note is true and accurate. The proceeds of this loan will be used for authorized educational e the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a Sta Incentive Grant and that I am not now in default on any loan received under the Federal Pe Program (including National Defense Student Loans) or the Federal Family Education Loan P if I am in default, I have made repayment arrangements that are satisfactory to the Secre Department of Education.

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

11. Loan Identification Number(s)
    96-E00462-1-01   01

    *Josephine Freeman*    9-18-95
    12. Signature of Borrower    Date

1011                                           08/07/95   10:57:44

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME [signature]

DATE 9-15



# William D. Ford Federal Direct Loan Program
## U.S. Department of Education

OMB No. 1840
Form Approved
Exp. Date 06/3

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**Federal Direct Stafford/Ford**
**Federal Direct Unsubsidized Stafford/Ford**
**Promissory Note and Discl**

### Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)
   FREEMAN, JOSEPHINE
   35220 WEIDEMAN
   CLINTON TWP, MI 48035-0000

   IMAGE-RECORDS
   SEP 2 8 1995
   98

2. Social Security Number
3. Date of Birth
4. Area Code/Telephone Number (810) 790-0619
5. Driver's License Number (List state abbreviation first.)

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | DEBRA RISLEY | LINDA CHORDASH |
| Permanent Address | 37633 MAST COURT | 25604 RONALD |
| City, State, Zip Code | MT CLEMENS MI 48045 | ROSEVILLE MI 4806 |
| Area Code/Telephone Number | (810) 465-4039 | (810) 776-2852 |

### Section B: To Be Completed By The School

7. School Name: BAKER COLLEGE OF MOUNT CLEMENS
8. Loan Period Approved  From: 09/25/95  To: 06/07/96
9. School Address (street, city, state, zip code): 34950 LITTLE MACK, CLINTON TOWNSHIP, MI 48035
10. School Cod: E004

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | | | | | | | |
| | Total | | | | | | |
| Direct Unsubsidized Loan | 1st | 09/15/95 | $ 830 | 4.00 | $ 33 | $ 797 | VARIAB |
| | 2nd | 12/29/95 | $ 830 | 4.00 | $ 33 | $ 797 | |
| | 3rd | 03/22/96 | $ 831 | 4.00 | $ 33 | $ 798 | |
| | 4th | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | Total | | $ 2491 | | $ 99 | $ 2392 | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand

and agree to the terms and conditions of this Promissory Note. My signature on this Promisso serve as my authorization for my loan proceeds to be credited to my student accou school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this F Note is true and accurate. The proceeds of this loan will be used for authorized educational e: the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a Sta Incentive Grant and that I am not now in default on any loan received under the Federal Pe Program (including National Defense Student Loans) or the Federal Family Education Loan P if I am in default, I have made repayment arrangements that are satisfactory to the Secre Department of Education.

11. Loan Identification Number(s)
    U-96-E00462-1-01  01

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

12. Signature of Borrower: /s/ Josephine Freeman    Date: 9-18-95

2491                                    08/07/95   10:57:44

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME

DATE

APR 3 0 1996



# William D. Ford Federal Direct Loan Program
## U.S. Department of Education

OMB No. 1840
Form Approved
Exp. Date 06/3

**Federal Direct Stafford/Ford**
**Federal Direct Unsubsidized Stafford/Ford**
**Promissory Note and Discl**

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)

FREEMAN, JOSEPHINE
35220 WEIDEMAN
CLINTON TWP, MI 48035-0000

IMAGE-RECORDS
MAY 06 1996
43

2. Social Security Number
3. Date of Birth
4. Area Code/Telephone Number (810) 790-0619
5. Driver's License Number (List state abbreviation first.)

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | DEBRA RISLEY | NANCY MALONE |
| Permanent Address | 37633 MAST CT. | 45699 GABLE INN |
| City, State, Zip Code | MT CLEMENS, MI 48045 | UTICA MI 48317 |
| Area Code/Telephone Number | (810) 465-4639 | (810) 731-3057 |

### Section B: To Be Completed By The School

7. School Name: BAKER COLLEGE OF MOUNT CLEMENS
8. Loan Period Approved: From 04/01/96 To 06/07/96
9. School Address: 34950 LITTLE MACK, CLINTON TOWNSHIP, MI 48035
10. School Code: E004

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | 1st | 03/22/96 | $ 204 | 4.00 | $ 8 | $ 196 | VARIAE |
| | 2nd | 05/07/96 | $ 203 | 4.00 | $ 8 | $ 195 | |
| | 3rd | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | 4th | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | | Total | $ 407 | | $ 16 | $ 391 | |
| Direct Unsubsidized Loan | | | | | | | |
| | | Total | | | | | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissor serve as my authorization for my loan proceeds to be credited to my student accoun school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this P Note is true and accurate. The proceeds of this loan will be used for authorized educational ex the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal F Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a Stat Incentive Grant and that I am not now in default on any loan received under the Federal Per Program (including National Defense Student Loans) or the Federal Family Education Loan Pr if I am in default, I have made repayment arrangements that are satisfactory to the Secret Department of Education.

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

11. Loan Identification Number(s)

-96-E00462-2-01   01

12. Signature of Borrower: *Josephine Freeman*
Date:

407

03/29/96   15:39:51

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME: [signature]
DATE: [signature]

APR 3 0 199



# William D. Ford Federal Direct Loan Program
## U.S. Department of Education

OMB No. 1840
Form Approved
Exp. Date 06/3

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**Federal Direct Stafford/Ford**
**Federal Direct Unsubsidized Stafford/Ford**
**Promissory Note and Discl**

### Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)
   FREEMAN, JOSEPHINE
   35220 WEIDEMAN
   CLINTON TWP, MI 48035-0000

   IMAGE-RECORDS
   MAY 0 6 1996
   43

2. Social Security Number
3. Date of Birth
4. Area Code/Telephone Number (810) 790-0619
5. Driver's License Number (List state abbreviation first.)

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | DEBRA RISLEY | NANCY MALONE |
| Permanent Address | 37633 MAST CT | 45699 GABLE INN |
| City, State, Zip Code | MT CLEMENS MI 48045 | UTICA, MI 48317 |
| Area Code/Telephone Number | (810) 465-4039 | (810) 731-3057 |

### Section B: To Be Completed By The School

7. School Name: BAKER COLLEGE OF MOUNT CLEMENS
8. Loan Period Approved — From: 04/01/96  To: 06/07/96
9. School Address (street, city, state, zip code): 34950 LITTLE MACK, CLINTON TOWNSHIP, MI 48035
10. School Cod: E004

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | | | | | | | |
| | Total | | | | | | |
| Direct Unsubsidized Loan | 1st | 03/22/96 | $ 297 | 4.00 | $ 11 | $ 286 | VARIAB |
| | 2nd | 05/07/96 | $ 296 | 4.00 | $ 11 | $ 285 | |
| | 3rd | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | 4th | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | Total | | $ 593 | | $ 22 | $ 571 | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissor serve as my authorization for my loan proceeds to be credited to my student accou school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this P Note is true and accurate. The proceeds of this loan will be used for authorized educational ex the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a Stat Incentive Grant and that I am not now in default on any loan received under the Federal Per Program (including National Defense Student Loans) or the Federal Family Education Loan P if I am in default, I have made repayment arrangements that are satisfactory to the Secret Department of Education.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

11. Loan Identification Number(s)
    J-96-E00462-2-01    01

12. Signature of Borrower: Josephine Freeman
    Date

593
03/29/96  15:39:52

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME

DATE

**Direct Loans**

**William D. Ford Federal Direct Loan Program**
**U.S. Department of Education**

OCT 0 2 1996

OMB No. 1l
Form Appr
Exp. Date

IMAGE-RECORDS

Federal Direct Stafford/Ford l
Federal Direct Unsubsidized Stafford/Ford l
Promissory Note and Disclo

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**Section A: To Be Completed By The Borrower**

1. Name (last, first, middle initial) and Address (street, city, state, zip code)

   FREEMAN, JOSEPHINE

   35220 WEIDEMAN

   CLINTON TWP, MI 48035

2. Social Security Number

3. Date of Birth

4. Area Code/Telephone Number
   (810) 790-0619

5. Driver's License Number (List state abbreviation first.)
   MI-F655440302868

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | DEBRA RISCEY | DANNY FILIPPI |
| Permanent Address | 35633 MAST CT | 35410 GARRET |
| City, State, Zip Code | MT CLEMENS 48045 | FRASER, MI 48035 |
| Area Code/Telephone Number | (810) 465-4039 | (810) 790-2737 |

**Section B: To Be Completed By The School**

7. School Name

   BAKER COLLEGE MT CLEMENS

8. Loan Period Approved — From: MM/DD/YY 9/23/96   To: MM/DD/YY 6/07/97

9. School Address (street, city, state, zip code)

   34950 LITTLE MACK, CLINTON TWSHP, MI 48035

10. School Code  E004(

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | | | | | | | |
| | Total | | | | | | |
| Direct Unsubsidized Loan | 1ST | 9/13/96 | $ 1600 | 4.00 | $ 64 | $ 1536 | VARIABL |
| | 2ND | 12/27/96 | $ 1600 | 4.00 | $ 64 | $ 1536 | |
| | 3RD | 3/21/97 | $ 1600 | 4.00 | $ 64 | $ 1536 | |
| | 4TH | | $ 0 | 4.00 | $ 0 | $ 0 | |
| | Total | | $ 4800 | | $ 192 | $ 4608 | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissory serve as my authorization for my loan proceeds to be credited to my student accour school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Pr Note is true and accurate. The proceeds of this loan will be used for authorized educational ex; the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal F Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a Stat Incentive Grant and that I am not now in default on any loan received under the Federal Perl Program (including National Defense Student Loans) or the Federal Family Education Loan Pr if I am in default, I have made repayment arrangements that are satisfactory to the Secret Department of Education.

11. Loan Identification Number(s)

   97-E00462-0-01   01

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

12. Signature of Borrower: *Josephine Freeman*   Date: 9-28-9

4800

9/24/96  14:07:32

[Rotated stamp: "CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE" with NAME, signature, and DATE fields]

**Direct Loans** — William D. Ford Federal Direct Loan Program
U.S. Department of Education

OCT 15 1996
IMAGE RECORDS

OMB No. 18
Form Appro
Exp. Date 1

Federal Direct Stafford/Ford l
Federal Direct Unsubsidized Stafford/Ford l
Promissory Note and Disclo

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)

   FREEMAN, JOSEPHINE
   35220 WEIDEMAN
   CLINTON TWP, MI 48035

2. Social Security Number

3. Date of Birth

4. Area Code/Telephone Number
   (810) 790-0619

5. Driver's License Number (List state abbreviation first.)

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | DEBRA RISLEY | DANNY FILIPPI |
| Permanent Address | 35633 MAST CT | 35410 Garret |
| City, State, Zip Code | MT CLEMENS 48045 | Fraser, MI 48035 |
| Area Code/Telephone Number | (810) 465-4039 | (810) 790-2737 |

### Section B: To Be Completed By The School

7. School Name: BAKER COLLEGE MT CLEMENS

8. Loan Period Approved — From: 9/23/96  To: 6/07/97

9. School Address (street, city, state, zip code): 34950 LITTLE MACK, CLINTON TWSHP, MI 48035

10. School Code/ E0046

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | | | | | | | |
| | Total | | | | | | |
| Direct Unsubsidized Loan | 1ST | 9/13/96 | $ 1218 | 4.00 | $ 48 | $ 1170 | VARIABL |
| | 2ND | 12/27/96 | $ 1218 | 4.00 | $ 48 | $ 1170 | |
| | 3RD | 3/21/97 | $ 1218 | 4.00 | $ 48 | $ 1170 | |
| | 4TH | | $ 0 | 4.00 | $ 0 | $ 0 | |
| | Total | | $ 3654 | | $ 144 | $ 3510 | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissory N serve as my authorization for my loan proceeds to be credited to my student account school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Pro Note is true and accurate. The proceeds of this loan will be used for authorized educational expe the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Pe Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a State Incentive Grant and that I am not now in default on any loan received under the Federal Perki Program (including National Defense Student Loans) or the Federal Family Education Loan Prog if I am in default, I have made repayment arrangements that are satisfactory to the Secretar Department of Education.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

11. Loan Identification Number(s)

    J-97-E00462-0-02   01

12. Signature of Borrower: *Josephine Freeman*   Date: 10-5-96

3654                                 10/02/96  13:12:18

